IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MARGO A. MIDDLETON                                                                                    PLAINTIFF

v.                                        Case No. 3:12-CV-03066

MICHAEL J. ASTRUE[1], Commissioner of
Social Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Defendant's Motion to Dismiss (Doc. 6) is GRANTED, Plaintiff's Petition for a Writ of Mandamus is DENIED, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 30th day of May, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

---

[1] Carolyn Colvin became the acting Social Security Commissioner on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn Colvin has been substituted for Commissioner Michael J. Astrue as the Defendant in this case.